394 A.2d 624

Messina v. Messina, Appellant.

614

Argued June 16, 1978. Anthony J. DeFino, for appellant; Ronald Ziegler, submitted a brief for appellee.

Decree affirmed.